NOVEMBER 2, 1961

No. 66206.—Whelan Lace & Fabrics Corp. *v.* United States, protests 60/23126, etc.

Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, NOVEMBER 13, 1961

No. 66207.—Pivar Goodman Corp. *v.* United States, protest 304477–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pile ribbons made of synthetic textile similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.